The Law Office of Victor Nasser
Victor Nasser, Esq SBN: 326736
1226 L Street
Bakersfield, California 93301
Tel: (310) 903-9721
Email: victor@vicnasserlaw.com

Attorneys for Defendant
Jeremiah Wall

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH WALL,<br><br>Defendant. | No. 1:22-CR-000185<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF VICTOR NASSER, ESQ AS ATTORNEY OF RECORD AND ORDER** |

On July 18, 2023, Defendant, Jeremiah Wall admitted guilt to violating charges two and three as alleged in the violation petition filed on 05/03/2023. CJA Panel Attorney Victor Nasser was appointed as trial counsel to represent Mr. Wall on 05/23/2023 in his criminal case. Mr. Wall was sentenced following admissions pursuant to the Petition of Violation of Supervised Release on 08/28/2023. The time for filing a direct appeal was 14 days. No direct appeal was filed. Mr. Wall was in custody at sentencing. Having completed his representation of Mr. Wall, CJA attorney Victor Nasser now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Wall require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

//

Dated:_____                              Respectfully submitted,

                                                                               _____
                                                                               Victor Nasser, Esq
                                                                               Attorney for Defendant
                                                                               Jeremiah Wall

**ORDER**

Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court hereby grants attorney Victor Nasser's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Jeremiah Wall at the following address and to update the docket to reflect Defendant's pro se status and contact information.

    Central Valley Modified Community Correctional Facility

    245 Taylor Avenue, McFarland, California 93250

IT IS SO ORDERED.

    Dated:  **September 19, 2023**                              _____
                                                                                           UNITED STATES DISTRICT JUDGE